YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    2:22-cr-00134-APG-BNW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION FOR A PRE-PLEA** |
| ) | **PRESENTENCE INVESTIGATION REPORT** |
| ALEXANDER CINTRON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney; by and through Melanee Smith, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Alexander Cintron, that this Court enter an order directing the United States Probation Office to prepare a pre-plea Presentence Investigation Report.

DATED this 4th day of November, 2022.

                                JASON M. FRIERSON, United States Attorney

                                 */s/ Melanee Smith*
                                MELANEE SMITH
                                Assistant United States Attorney

                                 */s/ Mace J. Yampolsky*
                                MACE J. YAMPOLSKY, ESQ.
                                Counsel for Defendant

- 1 -

## **ORDER**

Based upon the foregoing, and good cause appearing; it is hereby ordered that the United States Probation Office shall prepare a pre-plea Presentence Investigation Report for Alexander Cintron.

IT IS SO ORDERED:

Dated: November 8, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE