YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777
*Attorney for Defendant Cintron*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:22-cr-00134-003 |
| Plaintiff, | **MOTION TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST** |
| vs. | |
| ALEXANDER CINTRON, | |
| Defendant. | |

ALEXANDER CINTRON, by and through his counsel of record hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List.

DATED this 8th day of August, 2023.

YAMPOLSKY & MARGOLIS

/s/ *Mace Yampolsky, Esq.*
Mace Yampolsky, Esq.
Counsel for Defendant

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:39 pm, August 09, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**