THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
Attorney for Defendant Cintron

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00134-APG-BNW-003 |
| Plaintiff, | |
| -vs- | |
| ALEXANDER CINTRON, | |
| Defendant. | |

**JOINT STIPULATION REGARDING A REDUCTION IN SENTENCE**

In compliance with General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Mace Yampolsky, counsel for Alexander Cintron, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Cintron qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On July 19th, this Court sentenced Mr. Cintron to 57 months. ECF No. 109. Mr. Cintron was in CHC IV with a total offense level of 21 which yielded a guideline range of 57-71 months. Under the amended Guidelines, the parties have determined Mr. Cintron is in CHC III with a total offense level of 21 which yields a guideline range of 46-57 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr.Cintron's sentence be amended to 46 months. All other terms of the judgment in this case shall remain unchanged.

5. The parties notes that pursuant to § 1B1.10(e)(2), any sentence reduction ordered by the Court cannot be effective until February 1, 2024.

DATED this 18th day of December, 2023.

| | |
|---|---|
| MACE YAMPOLSKY | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Mace Yampolsky*<br>MACE YAMPOLSKY | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00134-APG-BNW-3 |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER CINTRON, | |
| Defendant. | |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. ~~Pursuant to General Order 2023-09, an amended judgment will follow~~.

IT IS FURTHER ORDERED that this Order shall not become effective until February 1, 2024.

DATED this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE